IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRET POAT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. |
| JASON SCROGGINS, MATTHEW | § | |
| KOBE, KENNETH FRANCIS, ROGER | § | 3:05-CV-2516-G |
| ANDREW RUDLOFF and | § | **ECF** |
| ADDITIONAL DALLAS POLICE | § | |
| DEPARTMENT OFFICERS TO BE | § | |
| NAMED ONCE THEIR IDENTITIES | § | |
| ARE DETERMINED, | § | |
| | § | |
| Defendants. | § | |

## **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Jason Scoggins, incorrectly named in Plaintiff's pleadings as "Jason Scroggins," Matthew Kobe, Kenneth Francis and Roger Andrew Rudloff (collectively, "Defendants"), pursuant to Local Civ. R. 7.4, file the following Certificate of Interested Persons. The undersigned counsel of record, on behalf of Defendants, certifies that the following listed persons have an interest in the outcome of this case.

| NAME | INTEREST |
|---|---|
| Bret Poat | Plaintiff |
| Jason Scoggins | Defendant |
| Matthew Kobe | Defendant |
| Kenneth Francis | Defendant |
| Roger Andrew Rudloff | Defendant |

| | |
|---|---|
| Jody G. Sheets | Counsel for Plaintiff |
| Tatia R. Randolph | Counsel for Defendants |
| Jason G. Schuette | Counsel for Defendants |

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF DALLAS

By: *s/ Tatia R. Randolph*
    TATIA R. RANDOLPH
    Assistant City Attorney
    State Bar No. 00795793
    JASON G. SCHUETTE
    Assistant City Attorney
    State Bar No. 17827020

Dallas City Hall
1500 Marilla Street, 7CN
Dallas, Texas 75201
Telephone: (214) 670-3519
Facsimile: (214) 670-3515

ATTORNEYS FOR DEFENDANTS JASON SCOGGINS, MATTHEW KOBE, KENNETH FRANCIS AND ROGER ANDREW RUDLOFF

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS – Page 2**
*Bret Poat v. Jason Scroggins, et al.*, Civil Action No. 3:05-CV-2516-G (ECF)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2006, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Mr. Jody G. Sheets, Glast Phillips & Murray, P.C., 2200 One Galleria Tower, 13355 Noel Road, Dallas, Texas 75240, counsel for Plaintiff.

*s/ Tatia R. Randolph*
Tatia R. Randolph
Assistant City Attorney

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS – Page 3**
*Bret Poat v. Jason Scroggins, et al.*, Civil Action No. 3:05-CV-2516-G (ECF)