IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRET POAT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | NO. 3-05-CV-2516-BD |
| VS. | § | |
| | § | |
| JASON SCROGGINS, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

The court has been advised that this case has settled. The parties are directed to submit a stipulation of dismissal and an appropriate order or judgment to the chambers of U.S. Magistrate Judge Jeff Kaplan, 1100 Commerce Street, 16th Floor, Dallas, Texas, by **November 30, 2007**. The agreed order or judgment must be approved and signed by all counsel of record. This case will be subject to dismissal without further notice if the appropriate settlement papers are not submitted to the magistrate judge within the time specified herein.

In light of this settlement, the case is removed from the November 12, 2007 trial docket. The pretrial conference scheduled for November 8, 2007 is canceled.

SO ORDERED.

DATED: November 1, 2007.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE